UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HENRY MILES,<br><br>    Petitioner,<br><br>    vs.<br><br>DERRICK OLISON, Warden,<br><br>    Respondents. | Case No. EDCV 05-1106-GW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

4

5  DATED: March 11, 2010

   HONORABLE GEORGE H. WU
6  United States District Judge

7

8  Prepared by:

9

10

   HONORABLE OSWALD PARADA
11 United States Magistrate Judge